```
 1
 2
 3
 4
 5
 6
 7
 8                     IN THE UNITED STATES DISTRICT COURT
 9                    FOR THE EASTERN DISTRICT OF CALIFORNIA
10  RONALD KNUTSON,
11           Plaintiff,                No. 2:10-cv-1867 KJN P
12       vs.
13  CALIFORNIA DEPARTMENT OF
    CORRECTIONS,
14
             Defendants.               ORDER
15  _____/
```

16           Plaintiff, a state prisoner proceeding without counsel, has filed a civil rights action
17  pursuant to 42 U.S.C. § 1983. Plaintiff filed his initial complaint on July 16, 2010, then a First
18  Amended Complaint on July 22, 2010. The latter is now the operative complaint. Plaintiff has
19  not, however, filed an in forma pauperis affidavit or paid the required filing fee to commence this
20  action. See 28 U.S.C. §§ 1914(a), 1915(a). Plaintiff will therefore be provided the opportunity
21  either to submit the appropriate affidavit in support of a request to proceed in forma pauperis or
22  to submit the appropriate filing fee.
23           In accordance with the above, IT IS HEREBY ORDERED that:
24           1. Plaintiff shall submit, within thirty days from the date of this order, an affidavit
25  in support of his request to proceed in forma pauperis on the form provided by the Clerk of
26  Court, or the appropriate filing fee; plaintiff's failure to comply with this order may result in the

1  dismissal of this action; and

2      2. The Clerk of the Court is directed to send plaintiff a new Application to

3  Proceed In Forma Pauperis By a Prisoner.

4  DATED: July 26, 2010

                                            _____
                                            KENDALL J. NEWMAN
                                            UNITED STATES MAGISTRATE JUDGE

9  knut1867.3a

```
 1
 2
 3
 4
 5                        IN THE UNITED STATES DISTRICT COURT
 6                       FOR THE EASTERN DISTRICT OF CALIFORNIA
 7
 8            Plaintiff,                     No. 2:#cv-
 9       vs.
10                                           SUBMISSION OF
11            Defendants.                    IFP or FILING FEE
12  _____/
13       Plaintiff hereby submits the following document in compliance with the court's
14  order filed _____:
15            _____         IFP affidavit
16            _____         The appropriate filing fee
17  DATED:
18
19                                           _____
20                                           Plaintiff
21
22
23
24
25
26
```